1084

Joe DRAZICH, Appellant, v. Finch R. ARCHER, Warden, U. S. Penitentiary at McNeil Island, Washington, Appellee.

No. 6907.

Circuit Court of Appeals, Ninth Circuit.

Sept. 13, 1932.

Joe Drazich, in pro. per.

Anthony Savage, U. S. Atty., of Seattle, Wash., and Joseph A. Mallery, Asst. U. S. Atty., of Tacoma, Wash, for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, and of appellant's response thereto, it is ordered that the appeal in this cause be, and hereby is, dismissed for failure of appellant to file record and docket cause, without prejudice to appellant making application for writ of habeas corpus to the District Court of the United States for the District within which he is confined.

Joe DRAZICH v. Fred G. Zerbst, Warden of the United States Penitentiary, Leavenworth, Kansas.

No. 740.

Circuit Court of Appeals, Tenth Circuit.

Sept. 2, 1932.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.

A. W. ESTABROOK v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, Richard J. Hopkins, Judge.

No. 736.

Circuit Court of Appeals, Tenth Circuit.

Aug. 23, 1932.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Motion for leave to file petition for mandamus denied.

FIDELITY–PHENIX FIRE INSURANCE COMPANY OF NEW YORK v. JOSEPH D. GRIGSBY & COMPANY, Inc., et al.

No. 641.

Circuit Court of Appeals, Tenth Circuit.

Aug. 2, 1932.

John T. Bottom, of Denver, Colo., for appellant.

John B. Barnard, of Pueblo, Colo., for appellees.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

Grace M. FREEMAN v. COMMISSIONER OF INTERNAL REVENUE.

No. 563.

Circuit Court of Appeals, Tenth Circuit.

Sept. 10, 1932.

Bruce Hurd, of Topeka, Kan., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on stipulation.